NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001038
05-FEB-2013
08:17 AM**

NO. CAAP-12-0001038

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
BRONSON HOWARD, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5P112-00649)

ORDER APPROVING THE JANUARY 21, 2013
STIPULATION OF THE PARTIES FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon review of the parties' January 21, 2013 stipulation to dismiss the appeal, it appears that the parties seek to dismiss the appeal pursuant to Rule 42 of the Hawai'i Rules of Appellate Procedure (HRAP). Counsel for all parties signed the stipulation, and Defendant-Appellant Bronson Howard signed a declaration in compliance with HRAP Rule 42(c). Therefore, pursuant to HRAP Rule 42(a) and (c),

IT IS HEREBY ORDERED that Appeal No. CAAP-12-0001038 is dismissed. The parties shall bear their own costs and fees on appeal.

DATED: Honolulu, Hawaii, February 5, 2013.

Chief Judge

Associate Judge

Associate Judge